FRANK KOEWING, Appellant, *v.* ERNST THALMANN et al., Doing Business under the Firm Name of LADENBURG, THALMANN & Co., Respondents.

*Koewing* v. *Thalmann*, 139 App. Div. 893, affirmed.
(Argued October 30, 1911; decided November 21, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 23, 1910, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover damages alleged to have been occasioned plaintiff through the negligence of defendants as stockbrokers in handling his account.

*E. C. Crowley* for appellant.

*J. Markham Marshall* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN WILLARD BARTLETT, HISCOCK and COLLIN, JJ.